**FILED**
APR 1 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>JENNIFER CHRISTINE HALL,<br><br>    Defendant. | Case No. 07CR0619-MJL<br><br>**ORDER FOR PRESERVATION AND INSPECTION OF VEHICLE** |

   **IT IS HEREBY ORDERED** that the United States government and its agents preserve the following items pending a disposition in this case: **the vehicle seized, any personal effects of the defendant and the material witnesses, the cell phone(s) seized, and the agents notes of the interrogation.**

   Additionally, the government is to make the vehicle and its contents in the above-referenced case available for visual inspection and photographing until there exists a disposition of this case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of these items unless there exists emergency application to this Court, notice to Defendant and an opportunity to respond by all counsel.

   **IT IS SO ORDERED.**

Dated: 4/16/07

_____
M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

07CR0619-MJL