```
 1  THOMAS G. GILMORE, ESQ.                    FILED
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE       2007 APR 19  PM 3: 53
    3232 FORTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92101-2118       CLERK US DISTRICT COURT
    (619) 426.4444                         SOUTHERN DISTRICT OF CALIFORNIA
 4
                                           BY_____DEPUTY
 5  Attorney for Material Witnesses

 6

 7

 8              UNITED STATES DISTRICT COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  CASE NO. 07CR0619L
                                   )
11                 Plaintiff,      )
                                   )
12  vs.                            )  NOTICE OF MOTION; MOTION TO
                                   )  SHORTEN TIME FOR HEARING;
13  JENNIFER CHRISTINA HALL,       )
                                   )  DATE:  April 26, 2007
14                 Defendant.      )  TIME:  9:00 a.m.
    _____    )  PLACE: Courtroom of Magistrate
15                                            Cathy A. Bencivengo
```

16  I, Thomas G. Gilmore, Esq. declare:

17  I am an attorney duly licensed to practice before all the
18  courts of this District and Circuit and am the attorney of record
19  for the material witnesses in this action, Roberto GARIBAY-Medina,
20  Juan GONZALEZ-Nunez and Bertin MEDINA-Morales.

21  I hereby move the Court for an Order Shortening Time for the
22  Motion for Video Tape Deposition and Subsequent Release to April 26,
23  2007 at 9:00 a.m.  The witnesses have attempted to locate a surety
24  without success and further delay is an unwarranted hardship on
25  themselves and their family, all as more particularly set forth in
26  the Declaration of attorney Thomas G. Gilmore filed herewith.

27  I declare under the penalty of perjury under the laws of the
28  State of California that the foregoing is true and correct of my own

                                    1

personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct.

Executed this April 19, 2007 in San Diego, California.

Respectfully submitted,

/ss/ Thomas G. Gilmore
THOMAS G. GILMORE, Attorney for
Material Witness

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the motion for shortening time is granted.  The motion of material witnesses Roberto GARIBAY-Medina, Juan GONZALEZ-Nunez and Bertin MEDINA-Morales for video tape deposition and subsequent deportation shall take place on April 26, 2007 at 9:00 a.m. in the Courtroom of the Honorable Magistrate Cathy A. Bencivengo.

DATED: 4/19/07

_____
United States Magistrate