# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 29 PM 1:16

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JENNIFER CHRISTINA HALL (1),<br><br>                Defendant. | CASE NO. 07CR0619-L<br><br>BY:    DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

__XX__ the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_\_\_ of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 26, 2008

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____